UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:21CR643 NCC** |
| MORGAN WEBB, | ) ) ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

On or about September 30, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**MORGAN WEBB,**

the Defendant herein, knowingly possessed a badge, identification card, or other insignia, of the design prescribed by the head of any department or agency of the United States for use by any officer or employee thereof.

In violation of Title 18, United States Code, Section 701.

SAYLER A. FLEMING
United States Attorney

/s/ *Edward L. Dowd III*
EDWARD L. DOWD III #61909(MO)
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Edward Dowd, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

/s Edward L. Dowd III
EDWARD L. DOWD III #61909MO

Subscribed and sworn to before me this 18th day of November 2021.

/s/ Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: /s/ David L. Braun
DEPUTY CLERK